**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jesse INGRAM, Jr., Defendant-Appellant.**

**No. 17-13072
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 7, 2018)

Karin Bethany Hoppmann, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Larry B. Henderson, Rosemary Cakmis, Donna Lee Elm, Angela Parrott, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Jesse B. Ingram, Jr., Pro Se

Before WILLIAM PRYOR, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Ali Kamalzadeh, appointed counsel for Jesse Ingram, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ingram's convictions and sentences are **AFFIRMED**.